**Drohan Lee**

Erika M. Calderon
T: (212) 710-0011
ecalderon@dlkny.com

*Admitted in New York
New Jersey

November 17, 2025

> Granted. The IPTC is adjourned sine die. The parties shall file a status report every 30 days.
>
> SO ORDERED:
>
> 11/18/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *W.R. et al v. N.Y.C. Dep't of Educ.,* 25-cv-05755 (JHR)(RWL)

Dear Judge Lehrburger,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

The parties write jointly to respectfully request an adjournment, *sine die*, of the Initial Pretrial Conference ("Conference") scheduled before Your Honor on November 24, 2025, and the corresponding joint Proposed Civil Case Management Plan and Scheduling Order ("CMP"). ECF No. 16. This is the parties' first request to adjourn the Conference and CMP. Defendant has reviewed the attorney billing and administrative records and is awaiting settlement authority. In light of anticipated settlement discussions, the parties respectfully request additional time to explore the resolution of the attorneys' fees claim without burdening the Court's resources. The parties note that this matter involves no discovery and that liability is not in dispute. The parties propose the submission of a joint status letter on or before December 22, 2025, advising the Court on the status of settlement negotiations.

Accordingly, the parties respectfully request that the November 24, 2025, Conference and submission of the CMP be adjourned *sine die*. Thank you for considering these requests.

Respectfully Submitted,

By: */s/ Erika M. Calderon*
Erika M. Calderon, Esq.

cc: Adam Dayan, Esq. (*via* ECF)